UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHNNY SANCHEZ,

             Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

             Respondent.

Case No. 2:24-cv-02178-TMC-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    The action is dismissed without prejudice for failure to prosecute in accordance with Rule 41(b)(2) of this Court's Local Rules.

(3)    The Clerk is directed to provide a copy of this order to petitioner and to Judge Fricke.

Dated this 24th day of April, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1